Richard W. Patts, Jr.
Trustee - N.H.
309 Belmont St.
A-3
Worcester MA 01604

11-30-25

FILED - USDC -NH
2025 DEC 5 AM 11:16

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

RE: Heritage Homestead   Vs. Town of Amelia, Michael Thompson
Realty Trust          Town of Wakefield
Richard W. Patts Jr.   Nancy M. Frizzi
Trustee-N.H.          Wang Zhichao

Dear Clerk,

Please mark, file, docket open the enclosed Case.
Send me a Civil Cover sheet, Court fee's Waiver form,
10 docket reports.

Thank You,
Richard W. Patts Jr.
Trustee

United States District Court

of

New Hampshire

Heritage Homestead ) Complaint
Realty Trust ) U.S.C. & RSA:569:A:7: II
Richard W. Porter, jr. ) Cevil Rights
Trustee-New Hampshire ) Evictin's
Richard W. Porter, jr.
Plaentiff

Vs.

Town of Candia, Michael Thompson
Town of Wakefield, Nancy Morino-Frizzi
Wang Zhichao or Occupants

On 10/03/2023 Trustee: Richard W. Porter, jr. of New Hampshire
filled a Complaint United States District Court of Massachusetts
against Nancy Morino Frizzi A/K/A: Nancy Morino- and Wang
Zhichao for Cevil Charges of: Home Invasion, Breaking and Entering,
Real Estate Fraud Fraudulent Recordable Writtings Deeds
and Mortgages, United States Bankruptcy Court Violations
if Auto-Matic stay per orders of the Court, Creditors may
not take action Districo of Massachusetts 5-1-2001.

The Estate of Phyllis M. Porter Chapter 13 debton 1988 —
2001, 17 Babson Street, Wakefield MA, my mother.

On 3-12-2017 I mailed Nancy Morino-Frizzi, 17 Babson
St, Wakefield MA an Evictin order with a copy of the
property deed she filled Criminal Charges against me
at the Wakefield Police Rept., then she filled a false
restraining order application on 3-15-2017 against Richard
Porter, 825 Newton St, Boston MA not me at all.

①

Complaint Continued ---

On 11-15-2020 the Wakefield Police Dept, under orders by Chief Steven Skory order its Police Officer's to Sware a Capias arrest warrant out on me at the Malden District Court Clerk Magistrate Erica Columbo issued a Capias arrest warrant out on me Useing the National Warrant Data Base that caused the Mass. State Police to arrest me at my Woburn MASS. home on 11-18-2020 they broke into the home 3 of them and cuffed me at gun point in my own home.
At the Police Station they did not book me, finger print me nor read me my civil rights. They brought me straight to the Malden District Court were a judge order me to go to the Worcester Recovery Center + Hospital for a 16 day Court order evaluation only.

To face Criminal Charges of Violation of the restraining order issue 3-31-2017 for Richard Potter.

The hospital under the order's of Kathleen Wenzel C.E.W. for the State of Mass. order me to be held in Custody for 5 years, No Trial, No Conviction, No Sentence, No service of civil Commitment at all to me at the hospital. Will in Custody Nancy Marino Frizzi filled 28 Criminal Complaints against me at the Wakefield Police Dept, Who then filled 24 Criminal Complaints against me wile in Custody in a locked unit hospital.

②

17 Babson St, Wakefield MA has been in U.S. Bankruptcy Court Mass. 6 times it is Federal and State protected Real Estate that I am the Trustee of for my 85 year old mother Phyllis M. Ricks. Nancy Marino Frizzi broke into the home after recieving a fraudulent foreclosure Deed., The Town of Wakefield and the Wakefield Police Dept., Malden District Court and the Commonwealth of Mass. false arrested me, held me in custody in a locked unit mental ward for 5 years. State Attorney Nathan Frommer civel commited me at video Court Room 31 at the hospital 5 times of the past 5 years. On 7-15-2024 the Trial Court of Mass. Norfolk County Superior Court granted my Endorcement of Motion for release from the Worcester Recovery Center + Hospital and discharge. Vacate Civel Commitmat Worcester Destruct Court 6-26-2024 and Empoundment of all papers, records, Court Case's, District Court Cases Petitions and my medical records all not Complied to by their State, hospital, Police, they Continue to hold me in Custody with No Criminal Convict'ion to do so in direct Violation of Mass. General Law Parte 111, Title IV, Chapter 248, Section 35, Hables Corpus and Liberty served upon Kathleen Wenzel C.E.O. of the State and Clerks Notice 10-28-2025.

③

Complaint Continued...

Town of Candia New Hampshire, Michael Thompson On 11-20-2002 I purchased 2 Vacant lots # 6 land of 53 acres, in Cash. On 5-1-2004 I purchased and built a Penn Leis Raised Ranch Modular Home model th Bismark, S.N.#1056, 564 Old Candia Rd. Candia N.H. I paid the factory per these terms of Cash C.O.D. payment upon delivery and I set up of the Modular Home. After it was complete the Town of Candia denied me an occupancy permit for the State approved and Inspected Modular Home. The Candia Police Dept., Sargent Scott Gallagh and Daniel Grey arrested me on 11-12-2005 and The Town of Candia Evicted me from my own Modular Home. On 9-12-2006 Michael Thompson broke into the Modular Home and moved in after recieving a fraudulent recorded Deed by Murry Shocket of North Mass. Modular Homes do not have Deed transfer is by Bell of Sale or factory paid invoice when New his Deed is fraudulent. The Candia Police Dept. learned that I had been arrested and I am held in custody by this State at the hospital. They told Michael Thompson who Contacted attorney Nathan Frommer for the State that he owns the 50 acre estate and modular home testomony in civil commitment Court Worcestre Mass..

Complaintant,
Richard W. Rhodes, jr
Truslee — N.H.

3A

Affidavit of:

Real Estate Trustee:

Richard W. Poke, jr.

State of New Hampshire

FILED - USDC-NH
2025 DEC 5 AM 11:16

I, Richard W. Poke, jr. a Real Estate Trustee of New Hampshire since 5-1-1998 and a retire home builder depose and say that, On 11-18-2020 I was false arrested by the Mass. State Police on a warrant sworn out for my arrest by the Wakefield Police Dept., against me for 28 Counts of Violation's of a restraining order filled Malden District Court do the past 5 years wile held in Custody by the State of Massachusetts in a locked unit hospital and draged, On 7-15-2024 The Norfolk County Superior Court allowed my Motion for release and discharge Impoundment of all Court Cases not Complied to. That they use Real Estate against me that I am the owner, builder, trustee of legal owner's and Trustee by recorded Deeds and Bill of Sales

RSA: 447:... NFG. Homes.           Trustee,

Richard W. Poke, jr.

# United States District Court
## of
## New Hampshire

Heritage Homestead
Realty Trust
Richard W. Pare, Jr.
Trustee

Trustee's
Order's
U.S.C. $IRSA : 564 : A : 7 : II

Richard W. Pare, Jr.
Vs.

Town of Candia et al...

Per order's of the Trustee: Richard W. Pare, Jr. it is order that:

1). The honorable Court to order the F.B.I. and U.S. Marshal Service to arrest all occupants in 10 homes in New Hampshire and Massachusetts and clear the homes. Federal Charges of U.S. Bankruptcy Court Violation's District of Massachusetts and New Hampshire order's set forth Chief Justice Marc W. Vaughn and Real Estate Trustee: Richard W. Pare, Jr. of New Hampshire.

Trustee,
Richard W. Pare, Jr.

Real Estate Property Of:

Richard W Perez, jr, Trustee

Richard W Perez jr.

Phyllis M. Perez

1). 17 Balsam St.    2. 260 Grove St.    3. 564 Old Candia Rd.
Wakefield MA    Framingham MA    Candia NH
Nancy Morino Frizzi    James McDermott    Michael Thompson
A/K/A: Nancy Morino    Hebert A. Harrison

4). 355 Deerfield Rd.    5. 6 Mallard Lane    6. Occupants
Allenstown NH    Londonderry NH    3 Longa Rd.
David + Carol Stange    Robert + Renee Roy    Merrimack NH

7. 38 Retas Circle    8. 31 Winston Ave    9. 9 Brentwood 12R.
Northwood NH    Wilmington MA    North Reading MA
Occupant's    John Murphy    Wang Zhichao or:
Occupants

10. 16 Greystone Park    Trustee's Federal Charges:
Lynn MA
all Occupants

1). Home Invasion, Breaking and Entery, Real Estate Fraud,
theft by deception. More than $1,000,000., Recieving fraudulent
recordable Writtings Deeds, Mortgage fraud.

& Order's arrest all occupants and hold with out bail
pending their trials in two States.

UNITED STATES DISTRICT COURT

OF MASSACHUSETTS

Worcester, S.S.

WRIT OF HABEAS CORPUS RELEASE

Docket # 4:25-CU-40101-MRG

Richard W. Porter, Jr.
            v.
Commonwealth of Massachusetts, et al...

ORDER

Per the order of the Court Judge, David H. Hennessy, hereby order is Habeas Corpus
release and discharge of the Plaintiff, Richard W. Porter, Jr. from:

Worcester Recovery Center and Hospital
309 Belmont Street, Worcester, MA 01604

Compensation to be paid by the State to the Plaintiff $5,000 per day at 4 ½ years and
for life. The Plaintiff being left disabled with drug induced Parkinsons.

Clerk of Court,

-Clerk-

9-3-2025

| CLERK'S NOTICE | DOCKET NUMBER<br>2482CV00688 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

CASE NAME.
Porter, Jr., Richard W vs. Kathleen Wenzel C.E.O.

Walter F. Timilty, Clerk of Courts
Norfolk County

TO
Richard W Porter, Jr.
309 Belmont St
Worcester, MA 01608

COURT NAME & ADDRESS
Norfolk County Superior Court
650 High Street
Dedham, MA 02026

You are hereby notified that on 07/15/2024 the following entry was made on the above referenced docket:

Endorsement on Motion to 1) <u>Discharge</u> and <u>release</u> from the Worcester Recovery Center and Hospital; 2) Vacate Civil Commitment G.L. c. 123-16(c) Worcester District Court date 6/26/2024; 3) Impound all papers, court cases, District Court, medical records, related to G.L. c. 123-9(b) – (#4.0): ALLOWED Paper 6). (Cloutier, J)(dated 7/15/24) ns

*Worcester Sheriffs Office Deputy's date of service in hand Kathleen Wenzel C.E.O, Attorney Nathan Frommer, Lead Attorney Collette Keefe, Campus Police Dept. Sargent in Charge 8-12-2024, 9-6-2024, 11-1-2024, 10-1-2025, 10-28-2025.

Plaintiff,
Richard W. Porter, Jr.
11-30-2025

E ISSUED
7/15/2024

ASSOCIATE JUSTICE/ ASSISTANT CLERK
Hon. Claudine Cloutier

SESSION PHONE#
(781)326-1600

Printed 07-15-2024 12:40:17

*Exhibit #1*

9/20/24, 8:14 AM

| | |
|---|---|
| **Part III** | COURTS, JUDICIAL OFFICERS AND PROCEEDINGS IN CIVIL CASES |
| **Title IV** | CERTAIN WRITS AND PROCEEDINGS IN SPECIAL CASES |
| **Chapter 248** | HABEAS CORPUS AND PERSONAL LIBERTY |
| **Section 35** | PERSONAL LIBERTY; HOW SECURED |

Section 35. No person shall be deprived of his liberty or held in custody by any person or in any place against his will or, if he is a minor, against the will of his parents, guardian or other person entitled to his custody, except by due process of law; but this section shall not apply to persons who have been legally convicted of crime and are serving sentence therefor.

United States District Court

of

New Hampshire

Heritage Homestead
Realty Trust,
Richard W. Roy, Jr.
Trustee – N.H.
Richard W. Roy, Jr.

Vs -

Town of Candia, et al...

§ Motion

New Comes Richard W. Roy, Jr. Trustee and moves to

Motion the Court order and grant;

1). Writ of Habeas Corpus release with F.B.I. Boston
Chelsea MA, Federal Habeas Corpus orders of release
from: Worcester Recovery Center + Hospital
309 Belmont St., Worcester MA 01604

Were Trustee Richard W. Roy, Jr. has been held in Custody
for 5 years in a locked unit hospital and illegal.

2). Victim Compensation, the Commonwealth of Mass. Who owns
the hospital to pay Trustee Richard W. Roy, Jr. Tort Compensation
$500. per day @ 5 years, & $140,000. in lost wages,
and income.

Thank you,

Richard W. Roy, Jr.

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:23-cv-40133-MRG

Porter Jr. et al v. Morino et al
Assigned to: District Judge Margaret R. Guzman
Cause: No cause code entered

Date Filed: 10/02/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Richard W. Porter Jr.**

represented by **Richard W. Porter Jr.**
309 Belmont St
Worcester, MA 01604
PRO SE

**Plaintiff**

represented by .
PPO SE

V.

**Defendant**
**Nancy Morino**

**Defendant**

**Wang Zhichao**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2023 | 1 | COMPLAINT against All Defendants, filed by Richard W. Porter Jr. (Attachments: # 1 Cover Letter)(Barrows, Jennifer) (Entered: 10/03/2023) |
| 10/03/2023 | 2 | ELECTRONIC NOTICE of Case Assignment. District Judge Margaret R. Guzman assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge David H. Hennessy. (Barrows, Jennifer) (Entered: 10/03/2023) |

*A True Copy Attest:*
*Richard W. Porter Jr*

**Middlesex Sheriff's Office** • 40 Brick Kiln Road Chelmsford, MA 01824 • 617-547-1171

**Middlesex, ss.**

October 23, 2024

I hereby certify and return that on 10/22/2024 at 12:10 PM I served a true and attested copy of the letter, DOCKET REPORT in this action in the following manner: To wit, by leaving at the last and usual place of abode of WANG ZHICHAO, 9 BRENTWOOD Road NORTH READING, MA 01864  and by mailing 1st class to the above address on 10/22/2024Fees: Attest ($10.00) Basic Service Fee ($20.00) Postage and Handling ($1.00) Travel ($22.08) Copies ($2.50) Conveyance ($4.50) Total: $60.08

_____

Robb Delleo

Deputy Sheriff

A True Copy Attest

Richard W. Paster, Jr.

Trustee - N. H.

A True Copy Attest
Richard W. Porter, Jr.
Trustee - N.H.

**QUITCLAIM DEED**




2018 00100558
Bk: 67472 Pg: 290    Doc: DEED
Page: 1 of 1    08/22/2018 08:59 AM

KNOW ALL MEN BY THESE PRESENTS that, Phyllis M. Burdick Porter, A/k/A Phyllis M. Porter, Richard W. Porter, {dead man 1988}, 17 Babson Street, Wakefield, Middlesex County, Commonwealth Of Massachusetts, 01880.

For consideration of contractual nominal dollars grant to,

Richard W. Porter Jr., Trustee,  Phyllis M. Burdick Porter beneficiary, Heritage Homestead Realty Trust, u/d/t date June 5, 2004, certificate of Realty trust filed, Rockingham County Registry Of Deeds, State Of New Hampshire. The under singed trustee has absolute powers to execute this foregoing instrument

Under trustee's process  RSA:564:A;7:7:11, the articles of said Realty Trust Agreement,

That certain parcel of land known Tax Map 34-497-43 AA, Parcel 5-CNTH, .331 acres of land, and a wood frame split entry Raised Ranch, known and numbered, 17 Babson Street, Wakefield, Middlesex County, Commonwealth Of Massachusetts, 01880.

For title see Middlesex South Registry Of Deeds, United States Federal Bankruptcy Court District Of

Massachusetts, said protection case docket numbers 12082-88, 12096-90, for title see The Registry  Of Deeds, Middlesex South District, Book 19450 Page 392, Book 2036 Page 474 of said.

### COMMONWEALTH OF MASSACHUSETTS

Middlesex County Ss.,

On this  15  day of June 2016, before me the Trustee Heritage Homestead Realty Trust, Richard W. Porter Jr., acknowledged and executed this deed to be a free act of deed.

*Phyllis M. Burdick Porter*

*Richard W. Porter*

**Heritage Homestead Realty Trust**

**Richard W. Porter Jr, TTE**

*MINI PURI*

Notary Public

MINI PURI
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 12, 2020

My commission expires on:

JUNE 12, 2020

Richard Porter
54 School St
Woburn, Ma 01801

# EVICTION

Owner: *Heritage Homestead Realty Trust*

Occupant: *Nancy Morino Frizzi A/K/A: Nancy Morino 17 Babson St. Wakefield MA*

I, Richard W. Porter, Jr., Trustee having had Sheriffs Deputy service upon the occupant and by mail, hereby evict you for reasons that you do not legally own the home. By Deed filed in the Registry of Deeds in the County of *Middlesex*, State of: *Massachusetts* in book *67872* and Page *240* of said.

You owe: $ *3,000,000.* in back rent for: *10* years. You are hereby ordered to vacate the home or the Sheriff's Deputy will remove you.

Trustee/Owner:

*Richard W. Porter Jr.*

Richard W. Porter, Jr.
309 Belmont Street
Worcester, MA 01604

*U.S.C. $ RSA: 564: A: 7: II*

*Cc: Middlesex Sheriffs Office, Deputy: Robb Dello Service date 10/22/2024*

Exhibit #2

A True Copy Attest: Richard W. Porter, Jr. TTE

# HARASSMENT PREVENTION ORDER
### G.L. c. 258E

DOCKET NO.
17-50-HPO-163

**Massachusetts Trial Court**

PLAINTIFF'S NAME
Nancy Marino-Frizzi

COURT NAME & ADDRESS
Malden District Court
89 Summer Street
Malden, MA 02148

DEFENDANT'S NAME AND ADDRESS
Richard Porter
825 Newton Street
Boston, MA 02118

ALIAS, IF ANY

DATE OF BIRTH
6/7/60

SEX
☒ Male  ☐ Female

PLACE OF BIRTH

MOTHER'S MAIDEN NAME (FIRST & LAST)

SOCIAL SECURITY NO.

DAYTIME PHONE NO.

FATHER'S NAME (FIRST & LAST)

### VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.

**A.** THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT; *(only those items checked shall apply)*

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.

☐ This Order was communicated by telephone from the Judge named below to:

Police Dept. _____  Police Officer _____

☒ **1.** YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. **YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF** (1) by any willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B), enticing a child (§ 26C), criminal stalking (§ 43), criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c. 272, §3).

☒ **2.** YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least _____ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☒ **3.** YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE located at
17 Babson Street Wakefield, MA 01880
and wherever else you have reason to know the Plaintiff may reside.

   ☒ If this box is checked, you are also ORDERED to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☒ **4.** YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE located at _____
525 Main Street Wakefild, MA 01880
and wherever else you have reason to know the Plaintiff may work.

☐ **5.** YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____, 20 ____  ☐ by mailing directly to the Plaintiff.  ☐ through the Court.

☐ **6.** _____

**B.** NOTICE TO LAW ENFORCEMENT

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons) and make return of service to this court. If this box is checked ☐ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.

2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.

☐ **4.** Outstanding warrants for the Defendant's arrest: PCF No. _____  Docket No(s). _____

☐ **5.** An imminent threat exists of bodily injury to the Plaintiff. _____ P.D. notified by ☐ telephone ☐ other: _____

DATE OF THIS ORDER
3/17/17

TIME OF THIS ORDER
10:45 ☐ A.M. ☐ P.M.

EXPIRATION DATE OF THIS ORDER
3/31/17 at 4 P.M.

SIGNATURE/NAME OF JUDGE
X _____

NEXT HEARING DATE
3/31/17  at 9 ☐ A.M. ☐ P.M. In Courtroom _____

FIRST OR CHIEF JUSTICE

CLERK-MAGISTRATE/ASST. CLERK
X _____

WITNESS: HON Benjamin Barnes

A TRUE COPY ATTEST: X _____

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without an attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date. NOTICE TO DEFENDANT: If the Plaintiff is your spouse or former spouse, or you are the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.

HA-2 (5/10)

COURT COPY

Commonwealth of Mass. vs. Richard W. Porter Federal Circuit

# EVICTION

**Owner:** _Richard W. Porter Jr._
_Trustee of:_
_Heritage Homestead_
_Realty Trust_

**Occupant:** _Wang Zhichao or:_
_Occupants_
_9 Brentwood Rd:_
_North Reading MA_

I, Richard W. Porter, Jr., Trustee having had Sheriffs Deputy service upon the occupant and by mail, hereby evict you for reasons that you do not legally own the home. By Deed filed in the Registry of Deeds in the County of _Middlesex_, State of: _Massachusetts_ in book _67393_ and Page _118_ of said.

You owe: $ _750,000._ in back rent for: _5_ years. You are hereby ordered to vacate the home or the Sheriff's Deputy will remove you.

**Trustee/Owner:**

_Richard W. Porter Jr._
Richard W. Porter, Jr.
309 Belmont Street
Worcester, MA 01604

_U.S.C. & RSA: 564:A: 7-II_

_Cc: Middlesex Sheriffs_
_Office, Deputy_
_Robb Dello_
_Service date_
_10/22/2024_

# EVICTION

**Owner:** *Heritage Homestead Realty Trust and Richard P. Drapr*

**Occupant:** *Michael Thompson 564 Old Candia Rd. Candia NH 03034*

I, Richard W. Porter, Jr., Trustee having had Sheriffs Deputy service upon the occupant and by mail, hereby evict you for reasons that you do not legally own the home. By Deed filed in the Registry of Deeds in the County of *Rockingham*, State of: *New Hampshire* in book *4363/3931* and Page *2369/024* of said.

You owe: $ *19,00,100.* in back rent for: *20* years. You are hereby ordered to vacate the home or the Sheriff's Deputy will remove you.

**Trustee/Owner:**

*Richard W Porter Jr.*
Richard W. Porter, Jr.
309 Belmont Street
Worcester, MA 01604

*U.S.C. §RSA: 569: A: 7.-II*

*Co: Rockingham Sheriffs Office, Deputy Shannon in hand service 9/27/2024*

Book 4563 Page 2369

569 OLD CANDIA Road, CANDIA, NEW HAMPSHIRE

A true Copy Attest
Richard W. Porter Jr.
Trustee Notts

## WARRANTY DEED

Know all men by these presents that, Richard Porter, Trustee of The Triple P Ranch Realty Trust of 12 Huckins Road, Epsom, County of Merrimack, State of New Hampshire 03034, for consideration of nominal grant to, Richard Porter, Trustee of The Heritage Homestead Realty Trust, 12 Huckins Road, Epsom, County of Merrimack, State of New Hampshire 03034.

With Warranty Covenants,

That certain 42.66 ac's tract of land with the building thereon, situated in the Town of Candia, County of Rockingham, State of New Hampshire, bounded and described as follows, Tax Map 413-046, Old Candia Road and Brown Road.

Subject to all grants of right of ways, restrictions, easements, driveways, roads, culverts, drains, ponds, streams.

Meaning and intending to convey the property conveyed at Book 4430 Page 1148.

This property is subject to homestead rights.

The Triple P Ranch Realty Trust
Mr. Richard Porter, as trustee

State of New Hampshire
County of hillsboro

The foregoing instrument was acknowledged before me this 12/12/ 2005, by Richard Porter, Trustee as aforesaid.

My commission expires on:

Notary Public/ Justice of The Peace

Seal

DRAFT

ORIGINAL



## LIEN CERTIFICATE
## RSA:564-A:7:II

KNOW ALL MEN BY THESE PRESENTS that, Real Estate Trustee with Power of Attorney, Richard W. Porter, Jr., 54 School Street, Woburn, Middlesex County, Massachusetts 01801, for good reasons and under RSA:564-A:7:II Trustee's Powers State of New Hampshire, hereby lien and attach real estate and money of the Town of Candia, 74 High Street, Candia, Rockingham County, State of New Hampshire 03034, for the sum of $25,000,000.00 – twenty-five million dollars, without notice.

Trustee

X *Richard W. Porter*

Richard W. Porter, Jr.
4-18-2025

United States District Court
in
New Hampshire

In the Matter of:          ) Capias
Richard W. Pike, Jr.       ) Arrest
Trustee - N.H.             ) Warrants

1). Capias Arrest Warrants with no bail
hold, pursuant to Trustee's process: U.S.C. & RSA:
564:A:7.II. Trustee's powers Federal and State,

1). Kathleen Wenzel   2. Steven Skory    3. Marvin T. Ryan
Nathan Frommer         Kelley E. Tobyne   Erica Columbo
Collette Keefe         1 Union St.         Nancy M. Frizzi
Bob Belmont St.        Wakefield MA       4640 Mystic Valley Pkwy.
Worcester, MA 01604    01880              Medford MA 02155

4). Scott Gallagher   5. Michael Stark    6. Herbert A. Harrison
Daniel Grey           David Storye        James McDermott
Michael McAllen       Carol Storye        L/K/A: 260 Grove St.
Michael Thompson      40 Allenstown Rd.   Framingham MA 01702
Bob Donavan           Allenstown NH
74 High St.           03275               7. Nancy Morino-Frizzi
Cornelia NH 03039                         A/K/A Nancy Morino
                                          17 Babson St.
                                          Wakefield MA 01880

Trustee,
Richard W. Pike, Jr.
New Hampshire

Michael W. Page.
309 Belknap St.
Dorchester NH 01604

United States District Court
New Hampshire
Office of the Clerk
55 Pleasant St.
Concord NH 03301

US POSTAGE — PITNEY BOWES

ZIP 01604
02 4W
0000386911 DEC 01 2025

$ 002.72⁰